

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-14-00375-CV

Arnold L. **LEVEY**,
Appellant

v.

**HOSPICE INSPIRIS OF TEXAS, INC..** Justo Cisneros, M.D., Juanita Sprute, M.D. and
Jefferson Family Practice Associates,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07246
Larry Noll, Judge Presiding

## O R D E R

In accordance with our order of June 20, 2014, appellant filed proof he has paid the clerk's fee for preparation of the clerk's record. Accordingly, we order the clerk's record filed by July 22, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court